Certificate Number: 00437-MOE-CC-023952647



00437-MOE-CC-023952647

# C<small>ERTIFICATE</small> O<small>F</small> C<small>OUNSELING</small>

I CERTIFY that on <u>August 7, 2014</u>, at <u>12:44</u> o'clock <u>PM MDT</u>, <u>Michael Griffith</u> received from <u>Black Hills Children's Ranch, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Missouri</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>August 7, 2014</u>          By:   <u>/s/Leesa Kumley</u>

                                       Name:   <u>Leesa Kumley</u>

                                       Title:   <u>Certified Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).