Certificate Number: 00437-MOE-DE-024052950

Bankruptcy Case Number: 14-10716



00437-MOE-DE-024052950

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 24, 2014, at 1:04 o'clock PM MDT, Lori Griffith completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Missouri.

Date:   August 24, 2014        By:    /s/Tia Jiron

                               Name:  Tia Jiron

                               Title: Credit Counselor